AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Aug 02, 2024**

SEAN F. McAVOY, CLERK

JOSE LUIS RAMIREZ SERRATO AND CYNTHIA HERNANDEZ,

*Plaintiff*

v.

ANTONY J. BLINKEN, WENDY R. SHERMAN, RENA BITTER, RICHARD C. VISEK, PHILLIP SLATTERY, KEN SALAZAR, ERIC COHN, AND KENT MAY,

*Defendant*

Civil Action No. 2:23-CV-00177-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other: Defendants' Motion to Dismiss, ECF No. 26, is GRANTED. Plaintiffs' First Amended Complaint, ECF No. 22, is DISMISSED without prejudice. Judgment entered in favor of Defendants.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Mary K. Dimke on Defendants' Motions to Dismiss.

Date: 8/2/2024

CLERK OF COURT

SEAN F. McAVOY

s/ Nicole Cruz
*(By) Deputy Clerk*

Nicole Cruz